**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01066-REB-CBS

JUDITH BACHMEYER,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation as owner and entity in control of Bishop Machebeuf High School,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on defendant's **Unopposed Motion To Vacate and Reschedule Trial Date and Certificate of Compliance** [#15], filed August 30, 2007. The motion is **DENIED** without prejudice as premature.

    Dated: September 11, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.