IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01066-REB-KLM

JUDITH BACHMEYER,

    Plaintiff(s),

v.

ARCHDIOCESE OF DENVER, a corporation as owner and entity in control of Bishop Machebeuf High School,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Defendant's **Motion to Recuse Magistrate Judge Mix and Certificate of Compliance with D.C.COLOLCivR 7.1(A)** [Docket No. 16; Filed September 9, 2007] (the "Motion"), which has been referred to me for disposition. As alleged in the Complaint, the Defendant is a corporation which owns and controls Bishop Machebeuf High School ("BMHS") located in Denver, Colorado. [Docket No. 1, Exhibit A-2, at ¶¶ 3,4.]  As disclosed to the parties at the Scheduling Conference held on August 27, 2007, my son attended Bishop Machebeuf High School ("BMHS") from 2002 to 2006.  The Complaint sets forth allegations relating to events that allegedly occurred at BMHS during that time period. [Id., at ¶¶ 7 -17.]  As further disclosed to the parties, I have no personal knowledge of those alleged events.  Nevertheless, in order to avoid any appearance of impropriety, I hereby recuse myself from this matter pursuant to 28 U.S.C.

§455(a).

IT IS HEREBY ORDERED that the Motion is **GRANTED.** The Clerk's Office is directed to randomly assign this case to another United States Magistrate Judge for the District of Colorado.

Dated:  September 14, 2007