IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01066-REB-CBS

JUDITH BACHMEYER,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation as owner and entity in control of Bishop Machebeuf High School,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Stipulation For Dismissal With Prejudice** [#27], filed January 11, 2008. After careful of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#27], filed January 11, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for July 18, 2008, is **VACATED**;

3. That the jury trial set to commence August 4, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 11, 2008, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**